Case 1:21-cv-01182-CNS-MDB   Document 91   Filed 11/14/22   USDC Colorado   Page 1 of 10

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:42 am, Nov 14, 2022
JEFFREY P. COLWELL, CLERK

Jonathan David Vesely, Sole owner of JJLV, LLC d/b/a Cannaves
jonvesely90@gmail.com
3622 E La Salle Street Apt C101
Colorado Springs, CO 80909
Defendant in Pro Per

# United States District Court
# District of Colorado

**Civil Case No. 1:21-cv-1182**

**JOE GREENE**,

Plaintiff,

v.

**JJLV LLC d/b/a Cannaves;**

**JONATHAN DAVID VESELY, an individual,**

Defendants.

Defendants hereby answers Plaintiff's complaint as follows:

# ANSWER TO COMPLAINT

1. Defendants admit he offered partial ownership to plaintiff, but deny each and every remaining allegation contained in paragraph 1. However, the Defendants are without knowledge or information sufficient to form a belief as to the truth that Plaintiff, "indeed left his home in Louisiana" and therefore deny that allegation.

2. Defendants deny each and every allegation contained in paragraph 2 of the complaint.

3. Defendants are without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 3 and therefore deny them.

4. Defendants are without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 4 and therefore deny them.

5. Defendants are without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 5 and therefore deny them.

6. Defendants are without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 6 and therefore deny them.

7. Defendants admit each and every allegation contained in paragraph 7 of the complaint.

8. Defendants deny each and every allegation contained in paragraph 8 of the complaint.

9. Defendants deny each and every allegation contained in paragraph 9 of the complaint.

10. Defendants deny each and every allegation contained in paragraph 10 of the complaint.

11. Defendants deny each and every allegation contained in paragraph 11 of the complaint.

12. Defendants are without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 12 and therefore deny them.

13. Defendants admit that Higher Cut LLC owns the property described in paragraph 13; but deny each and every remaining allegation contained in paragraph 13.

14. Defendants deny each and every allegation contained in paragraph 14 of the complaint.

15. Defendants deny each and every allegation contained in paragraph 15 of the complaint.

16. Defendants admit each and every allegation contained in paragraph 16 of the complaint.

17. Defendants admit each and every allegation contained in paragraph 17 of the complaint.

18. Defendants admit the first sentence of paragraph 18, but deny each and every remaining allegation contained in paragraph 18.

19. Defendants deny each and every allegation contained in paragraph 19 of the complaint.

20. Defendants are without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 20 and therefore deny them.

21. Defendants deny each and every allegation contained in paragraph 21 of the complaint.

22. Defendants deny each and every allegation contained in paragraph 22 of the complaint.

23. Defendants deny each and every allegation contained in paragraph 23 of the complaint.

24. Defendants deny each and every allegation contained in paragraph 24 of the complaint.

25. Defendants deny each and every allegation contained in paragraph 25 of the complaint.

26. Defendants deny each and every allegation contained in paragraph 26 of the complaint.

27. Defendants deny each and every allegation contained in paragraph 27 of the complaint.

28. Defendants deny each and every allegation contained in paragraph 28 of the complaint.

29. Defendants deny each and every allegation contained in paragraph 29 of the complaint.

30. Defendants are without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 30 and therefore deny them.

31. Defendants are without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 31 and therefore deny them.

32. Defendants deny each and every allegation contained in paragraph 32 of the complaint.

33. Defendants deny each and every allegation contained in paragraph 33 of the complaint.

34. Defendants deny each and every allegation contained in paragraph 34 of the complaint.

35. Defendants deny each and every allegation contained in paragraph 35 of the complaint.

36. Defendants deny each and every allegation contained in paragraph 36 of the complaint.

37. Defendants deny each and every allegation contained in paragraph 37 of the complaint.

38. Defendants are without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 38 and therefore deny them.

39. Defendants deny each and every allegation contained in paragraph 39 of the complaint.

40. Defendants deny each and every allegation contained in paragraph 40 of the complaint.

41. Defendants deny each and every allegation contained in paragraph 41 of the complaint.

42. Defendants deny each and every allegation contained in paragraph 42 of the complaint.

43. Defendants deny each and every allegation contained in paragraph 43 of the complaint.

44. Defendants deny each and every allegation contained in paragraph 44 of the complaint.

45. Defendants deny each and every allegation contained in paragraph 45 of the complaint.

46. Defendants deny each and every allegation contained in paragraph 46 of the complaint.

47. Defendants deny each and every allegation contained in paragraph 47 of the complaint.

48. Defendants deny each and every allegation contained in paragraph 48 of the complaint.

49. Defendants deny each and every allegation contained in paragraph 49 of the complaint.

50. Defendants deny each and every allegation contained in paragraph 50 of the complaint.

51. Defendants deny each and every allegation contained in paragraph 51 of the complaint.

52. Defendants deny each and every allegation contained in paragraph 52 of the complaint.

53. Defendants deny each and every allegation contained in paragraph 53 of the complaint.

54. Defendants deny each and every allegation contained in paragraph 54 of the complaint.

55. Defendants deny each and every allegation contained in paragraph 55 of the complaint.

56. Defendants are without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 56 and therefore deny them.

57. Defendants deny each and every allegation contained in paragraph 57 of the complaint.

58. Defendants deny each and every allegation contained in paragraph 58 of the complaint.

59. Defendants deny each and every allegation contained in paragraph 59 of the complaint.

60. Defendants deny each and every allegation contained in paragraph 60 of the complaint.

61. Defendants are without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 61 and therefore deny them.

62. Defendants deny each and every allegation contained in paragraph 62 of the complaint.

63. Defendants deny each and every allegation contained in paragraph 63 of the complaint.

64. Defendants deny each and every allegation contained in paragraph 64 of the complaint.

65. Defendants deny each and every allegation contained in paragraph 65 of the complaint.

66. Defendants deny each and every allegation contained in paragraph 66 of the complaint.

67. Defendants deny each and every allegation contained in paragraph 67 of the complaint.

68. Defendants are without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 68 and therefore deny them.

69. Defendants deny each and every allegation contained in paragraph 69 of the complaint.

70. Defendants are without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 70 and therefore deny them.

## **AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

Defendant Asserts Diversity Jurisdiction under 28 U.S. Code § 1332, for the following reasons:

The jurisdictional amount does not exceed $75,000: If the plaintiff is pursuing minimum wage compensation of $12.56 per hour @ an alleged 60 hours a week. Then the total after 24 weeks(roughly 6 months), would equal $21,100.80 plus the alleged "loan" of $23,000.00 comes to a total of $44,100.80.

If the plaintiff is pursuing compensation for an alleged $5,000.00 per month as a private contractor, then after roughly 6 months the total amount would be $30,000.00 plus the alleged "loan" of $23,000.00 would come to a total of $53,000.00.

Furthermore, the plaintiff cannot be both an employee and an independent contractor simultaneously for the same company.  Therefore, these amounts cannot be added on top of one another.  In any case the amount would still not reach the amount required of $75,000.00.

In conclusion, whichever type of worker and wages sought for  by the plaintiff during the time in question does not nearly meet the jurisdiction amount under 28 U.S. Code § 1332.

The plaintiff shares citizenship of Colorado with the defendant.  Even if the plaintiff has moved out of state recently, during the time in question the plaintiff was indeed a resident of Colorado along with the defendant.  Therefore, the plaintiff does not meet the requirement for diversity jurisdiction.

### SECOND AFFIRMATIVE DEFENSE

JJLV LLC d/b/a Cannaves is in fact a licensed marijuana business which under Colorado law is legal. However, under federal law marijuana is still illegal therefore due to illegality, as per Sensoria, LLC v. Kaweske et al. 548 F. Supp. 3d 1011 - Dist. Court, D. Colorado, 2021

# REQUEST FOR RELIEF

Wherefore, Defendant prays as follows:

1. For dismissal of the Plaintiff's action with prejudice.
2. For an order that Plaintiff shall take no relief from the complaint;
3. For costs of the suit, herein; and

4. For such further relief the Court deems fair.

## DEMAND FOR TRIAL BY JURY

Defendant hereby requests a jury trial on all issues raised in the complaint.

Respectfully submitted, this **11th** day of **November, 2022**



By: Jonathan Vesely

Defendant in Pro Per